Terry YOUNG, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 72346.

Missouri Court of Appeals, Western District.

Aug. 30, 2011.

Susan E. Summers, Kansas City, MO, for Appellant.

Jamie P. Rasmussen, Jefferson City, MO, for Respondent.

Before JAMES EDWARD WELSH, P.J., JAMES M. SMART, JR., and JOSEPH M. ELLIS, JJ.

### ORDER

PER CURIAM:

Terry Young appeals the circuit court's judgment denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).